KRISTEN CLARKE
Assistant Attorney General
KAREN WOODARD
Chief
VALERIE L. MEYER
Deputy Chief
ALICIA D. JOHNSON (DCRN 494032)
Senior Trial Attorney
SHARION SCOTT (DCRN 1617438)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E., 9th Floor
Washington, DC 20530
Tel: (202) 532-5872
Alicia.Johnson@usdoj.gov
Sharion.Scott@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Tel: (559) 497-4000
Robert.Fuentes@usdoj.gov

Attorneys for Applicant United States of America

KELSEY LINNETT (SBN 274547)
Supervising Deputy Attorney General
FIEL TIGNO (SBN 161195)
Supervising Deputy Attorney General
JOSH IRWIN (SBN 209437)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Tel: (510) 879-0986
kelsey.linnett@doj.ca.gov
fiel.tigno@doj.ca.gov
joshua.irwin@doj.ca.gov

Attorneys for Defendant California Department of Corrections and Rehabilitation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Applicant,<br><br>　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br>　　Defendant. | CASE NO. 2:24-cv-00925-DJC-DB<br><br>**ORDER** |

ORDER

1

It is hereby ordered that the June 6, 2024, preliminary relief hearing will proceed without live testimony.

Dated:  May 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE